IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DECARLOS MOORE**                                                               **PLAINTIFF**

**V.**                                             **NO. 4:14-CV-138-DMB-JMV**

**MEDICAL, et al.**                                             **DEFENDANTS**

## ORDER

On February 2, 2016, this Court entered an order adopting the report and recommendation of United States Magistrate Judge S. Allan Alexander and dismissing Decarlos Moore's claims for failure to state a claim. Doc. #18. A final judgment was entered the same day. Doc. #19. Over four years later, Moore filed (1) a motion seeking a "list or copy" of the docket in this case, Doc. #28; (2) a copy of a motion for reconsideration which was denied on June 1, 2016,[1] Doc. #30; and (3) a motion requesting a "list or copy" of lawyers who would be "willing to help" him, Doc. #31.

First, Moore's motion for a copy of the docket states that he "had no idea [his] case was dismissed." Doc. #28. This representation is wholly unbelievable since Moore acknowledged receipt of the dismissal order[2] and the final judgment[3] and then filed two motions for reconsideration.[4] Regardless, in the interest of ensuring that Moore has a full record of the events which occurred in this case, his motion for a copy of the docket [28] is **GRANTED**. The Clerk of the Court is **DIRECTED** to mail to Moore a copy of the docket in this case.

---

[1] *See* Docs. #22, #23.

[2] Doc. #20.

[3] Doc. #21.

[4] Docs. #22, #25.

Second, as mentioned above, Moore's motion for reconsideration is identical to the motion for reconsideration this Court denied on June 1, 2016. *See* Doc. #23. The present motion for reconsideration [30] is **DENIED** for the reasons stated in that order.

Finally, because the Court is in no position to ascertain (or recommend to Moore) which lawyers would be "willing" to assist him, the motion for a list of such lawyers [31] is **DENIED**.

**SO ORDERED**, this 3rd day of March, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**