IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DECARLOS MOORE**                                                                            **PLAINTIFF**

**V.**                                                       **NO. 4:14-CV-138-DMB-JMV**

**MEDICAL, et al.**                                                                **DEFENDANTS**

## ORDER

On or about April 9, 2021, Decarlos Moore filed a motion requesting "a list or copy of [his] case" because he "had no idea [his] case was dismissed." Doc. #39 (emphasis omitted). Approximately one month later, Moore filed a separate motion requesting "a 'list or copy' of 'lawyers' that is [sic] willing to help" him. Doc. #44 (emphasis omitted).

With respect to Moore's request for copies, the Court previously ordered the Clerk of the Court to "mail to Moore a copy of the docket in this case." Doc. #33 at 1. Moore acknowledged receipt of the order and included with the acknowledgment form the docket sheet sent to him by the Court. Doc. #40. Accordingly, because Moore has already received a copy of all pertinent parts of the docket, his motion for copies [39] is **DENIED**.

In denying a previous request for a list of attorneys to help him, the Court explained that it "is in no position to ascertain (or recommend to Moore) which lawyers would be 'willing' to assist him." Doc. #33 at 2. For the same reason, Moore's motion for a list of such lawyers [44] is **DENIED**.

**SO ORDERED**, this 2nd day of July, 2021.

                                                                          /s/Debra M. Brown
                                                                          **UNITED STATES DISTRICT JUDGE**