IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DECARLOS MOORE**                                                                                      **PLAINTIFF**

V.                                                                                       NO. 4:14-CV-138-DMB-JMV

**MEDICAL, et al.**                                                                                    **DEFENDANTS**

## ORDER

On September 29, 2014, Decarlos Moore filed a complaint challenging the conditions of his confinement. Doc. #1. After finding that Moore failed to state a claim, this Court dismissed the action and entered a final judgment on February 2, 2016. Docs. #18, #19.

Since the dismissal of this case, Moore has filed multiple motions—seeking reconsideration, a copy of the docket, and a list of lawyers to assist him with his case. Docs. #22, #25, #28, #29, #30, #31, #32, #34, #36, #39, #44. These motions are substantially identical. The Court granted Moore's request for a copy of the docket. *See* Doc. #33 at 1. But his other requests for relief have been denied. *See* Docs. #23, #26, #33, #35, #37, #46.

On July 2, 2021, noting that "the time the Court has expended addressing Moore's numerous post-judgment motions has consumed resources of the Court which could have been devoted to meritorious issues," the Court ordered Moore to show cause why "any future motions by him should not be docketed as correspondence (rather than as motions), which would require no ruling or other action by the Court." Doc. #47. Moore did not respond and the time to do so has passed. Because he has failed to show cause, Moore is **BARRED** from filing any future documents in this case in which he seeks relief. If he submits a document for filing in which he requests relief, the Clerk of Court is directed to docket it as correspondence and the Court will take no action on it.

**SO ORDERED**, this 16th day of August, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**